AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF __Colorado__

UNITED STATES OF AMERICA
V.

Deidre Vaughn

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: __06-mj-01178__

CHARGING DISTRICTS CASE NUMBER: __8:06-CR 243__

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of __Nebraska__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __District of Nebraska__ ,
*Place and Address*

for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at __Clerk's Office__ (if blank, to be notified)

__District of Nebraska at Omaha__ no later than __9:00 a.m, 8/28/06__
__111 So. 18th Plaza, Ste 1152__   *Date and Time*
__Omaha, NB 68102__
__866-220-4381 (toll-free)__
__402-661-7350__

__8/18/06__           _____
*Date*                  *Signature of Judge*

                        _____
                        *Name of Judge*    *Title of Judge*